UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PATRICIA KENNEDY, individually,** :
: Case No.: 2:16-CV-14133-RLR
      **Plaintiff,** :
v. :
:
**SITARAM INVESTMENT, INC, a Florida profit corporation,** :
:
      **Defendant.** :
_____

### NOTICE OF SETTLEMENT

Plaintiff, Patricia Kennedy, by and through undersigned counsel respectfully submits this Notice of Settlement, and informs the Court as follows:

1. Plaintiff, Patricia Kennedy, has reached an agreement with Defendant to resolve all the claims between them with regard to this action.

2. The parties are in the process of preparing and executing a confidential settlement agreement and will be filing a Dismissal with the Court within forty-five (45) days.

3. The parties request for the Court to excuse them from participating in the Telephonic Scheduling Conference set for May 25, 2016 and to terminate all other case deadlines.

### CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2016, I electronically filed this foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF and via e-mail.

**THOMAS B. BACON, P.A.**
*Attorneys for Plaintiff*
644 North McDonald St.
Mount Dora, FL 32757
ph. (561) 866-2912

*/s/ Andrew C. Enfield*
Andrew C. Enfield, Esq.
Fla. Bar No. 91045
enfield@thomasbaconlaw.com
Thomas B. Bacon, Esq.
Fla. Bar No. 139262
tbb@thomasbaconlaw.com