IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICIA KENNEDY, individually

    Plaintiff,

v.

SITARAM INVESTMENT, INC, a Florida profit corporation,

    Defendant.

_____

Case No.: 2:16-CV-14133-RLR

## NOTICE OF CASE DISMISSAL WITH PREJUDICE

Plaintiff, PATRICIA KENNEDY by and through undersigned counsel, hereby dismisses the instant action with prejudice.

Respectfully submitted this 1st day of July, 2016.

By:/s/ Andrew C. Enfield_____
Andrew C. Enfield, Esq.
Fla. Bar #91045
*Of Counsel*
THOMAS B. BACON, P.A.
Attorneys for Plaintiff
644 North McDonald St.
Mount Dora, FL 32757
ph. (561) 866-2912
enfield@thomasbaconlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, a true and correct copy of the above and foregoing has been filed electronically with the Clerk of Court using the CM/ECF system on this 1st day of July, 2016.

**THOMAS B. BACON, P.A.**

*Attorneys for Plaintiff*
644 North McDonald St.
Mount Dora, FL 32757
ph. (561) 866-2912

/s/ *Andrew C. Enfield*_____
Andrew C. Enfield, Esq.
Fla. Bar No. 91045
enfield@thomasbaconlaw.com
Thomas B. Bacon, Esq.
Fla. Bar No. 139262
tbb@thomasbaconlaw.com